# EXHIBIT 3

**Case History**

|   | Filed by Plaintiff/Petitioner | **Case Number:** 2023CV030250 |   | **Division:** 5 |
|---|---|---|---|---|
|   | Filed by Defendant/Respondent | **Case Type:** Employment Discrimination |   | **Judicial Officer:** J. Keith Collins |
|   | Filed by Court | **Case Caption:** Dumpert, Shayley et al v. Lush Cosmetics |   | **Court Location:** Boulder County |

Download                                                                      Show 20   1 - 4 of 4

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | | Document Security | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | N/A (Details) | 05/03/2023 6:06 AM | J. Keith Collins | Boulder County | N/A | ☐ | Order *(Related Document)* | Order: UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT- Granted | Public |
| ☐ | 4CA56B25C2874 | 05/02/2023 4:04 PM | Melissa Cizmorris, Nick J Erickson | Akerman LLP | Lush Cosmetics | ☐ | Motion *(Related Document)* | UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | Public |
| | | | | | | ☐ | Proposed Order | PROPOSED ORDER - UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | Public |
| ☐ | 3D2C83A91D767 | 04/12/2023 3:42 PM | Azra Batool Taslimi, Siddhartha H Rathod | Rathod Mohamedbhai LLC | Shayley Dumpert, Victoria Shellady (more) | ☐ | Return of Service | Affidavit of Service - Cole Stender on April 7th, 2023 | Public |
| | | | | | | ☐ | Exhibit - Attach to Pleading/Doc | Exhibit Attach to Pleading/Doc - Affidavit of Service - Lush | Protected |
| ☐ | D545893C5D82D | 04/07/2023 3:33 PM | Azra Batool Taslimi, Siddhartha H Rathod | Rathod Mohamedbhai LLC | Shayley Dumpert, Victoria Shellady (more) | ☐ | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | | ☐ | Notice of Exclusion CRCP 16.1 | Notice of Exclusion - Non-Applicable | Public |
| | | | | | | ☐ | Notice of Exclusion CRCP 16.1 | Notice of Exclusion - CRCP 16.1 | Public |
| | | | | | | ☐ | Notice of Exclusion CRCP 16.1 | Notice of Exclusion - CRCP 16.1 | Public |
| | | | | | | ☐ | Notice of Exclusion CRCP 16.1 | Notice of Exclusion - CRCP 16.1 | Public |
| | | | | | | ☐ | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |
| | | | | | | ☐ | Summons | Summons - Lush Cosmetics | Public |

1 - 4 of 4