# EXHIBIT 5

| | |
|---|---|
| **DISTRICT COURT, BOULDER COUNTY, STATE OF COLORADO**<br>1777 6th Street<br>Boulder, Colorado 80302 | |
| **Plaintiff:** SHAYLEY DUMPERT; VICTORIA SHELLADY; EVA SPIEGEL; and WHITNEY SHERIFF<br><br>v.<br><br>**Defendants:** LUSH COSMETICS, LLC d/b/a LUSH HANDMADE COSMETICS, *a foreign company* | ▲ **COURT USE ONLY** ▲<br><br>Case No.: 2023CV30250<br>Div: 5 |
| *Attorneys for defendants Lush Cosmetics, LLC d/b/a Lush Handmade Cosmetics*<br><br>**AKERMAN LLP**<br>Melissa L. Cizmorris (Reg. No. 43790)<br>Nicholas J. Erickson (Reg. No. 51159)<br>1900 Sixteenth Street, Suite 950<br>Denver, Colorado 80202<br>Telephone: (303) 260-7712<br>Facsimile: (303) 260-7714<br>Email: melissa.cizmorris@akerman.com<br>Email: nicholas.erickson@akerman.com | |
| **NOTICE OF REMOVAL** ||

  **PLEASE TAKE NOTICE** on May 12, 2023, defendant LUSH COSMETICS, LLC filed a notice of removal in the United States District Court for the District of Colorado, thereby effecting the removal of this matter to federal court.

  A copy of the notice is attached as **Exhibit 1**. Copies of this notice and its exhibits have been served on all appearing parties, as described in the certificate of service below.

  Respectfully submitted, this the 12th day of May 2023.

  **AKERMAN LLP**

  */s/ Melissa L. Cizmorris*
  Melissa L. Cizmorris, Reg. No. 43790
  Nicholas J. Erickson, Reg. No. 51159
  *Attorneys for Lush Cosmetics, LLC d/b/a Lush Handmade Cosmetics*

1

## CERTIFICATE OF SERVICE

I certify on May 12, 2023, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served via ICCES on the following:

Azra Taslimi
Siddhartha Rathod
RATHOD MOHAMEDBHAI LLC
2701 Lawrence Steet, Suite 100
Denver, Colorado 80205

*Attorneys for plaintiffs Shayley Dumpert, Victoria Shellady, Eva Spiegel, and Whitney Sheriff*

/s/ Joanna A. Seiner
Joanna A. Seiner

2

70460242;1