# EXHIBIT 6

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Case No.

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

vs.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

## DECLARATION OF MELISSA L. CIZMORRIS

I, Melissa L. Cizmorris, do declare:

    1.    I am a lawyer admitted to practice law in the state of Colorado and am an attorney with the law firm of AKERMAN LLP, counsel of record for Defendant LUSH COSMETICS, LLC ("Defendant") in this action. All facts contained herein are within my personal knowledge, and, if called upon to testify, I could and would competently testify thereto.

    2.    I make this declaration in support of Defendant's Notice of Removal. I make this declaration of facts personally known to me and, if called upon, I could and would testify competently to the facts stated herein.

    3.    On April 7, 2023, Plaintiffs commenced this action against Defendant by filing a Complaint in Boulder County District Court in the State of Colorado, entitled *Shayley Dumpert, Victoria Shellady, Eva Spiegel and Whitney Sheriff v. Lush Cosmetics, LLC dba Lush Handmade Cosmetics, a foreign corporation*, State Case No. 2023CV30250 ("State Court Action"). A true

70460042;1

and correct copy of the State Court Action is attached to Defendant's Notice of Removal as Exhibit 1.

4. Defendant was personally served with a copy of the State Court Action on April 12, 2023. A true and correct copy of the Proof of Personal Service is attached to Defendant's Notice of Removal as Exhibit 2.

5. No previous Notice of Removal has been filed or made with this Court for the relief sought herein.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed May 12, 2023, in Denver, Colorado.


*/s/ Melissa L. Cizmorris*
Melissa L. Cizmorris

70460042;1