# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case No.

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

vs.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

---

## DECLARATION OF JESSICA KAUPPI

I, Jessica Kauppi, declare and state as follows:

1. I make this declaration in support of Defendant LUSH COSMETICS, LLC's ("Lush") Notice of Removal. I make this declaration of facts personally known to me and based off my review of Lush's relevant records kept in the ordinary course of business and upon my general knowledge of Lush's business operations. If called upon, I could and would testify competently to these facts.

2. I am employed by Lush as its Head of Retail Stores. I have been employed in this capacity for nearly 3 years. My office is located in East Lansing, Michigan. In my capacity as Lush's Head of Retail Stores, I have personal knowledge regarding Lush's corporate structure, operations and governance, including where its day-to-day business, administrative and executive functions are conducted. I also have access to certain U.S. employee-related information, including dates of employment and earnings information.

70459312;2

3. Lush is registered as an LLC in the state of Delaware. None of Lush's key corporate divisions and officers, who are generally responsible for directing, controlling and coordinating the vast majority of Lush's corporate activities and operations, operate in Colorado. There are no high-level managers or executives located in the state of Colorado. There are no business or financial activities operating out of the state of Colorado. Lush's only presence in the state of Colorado are its retail stores.

4. In my role as Head of Retail Stores, I have regular and personal access to the personnel files and payroll information for all of Lush's U.S.-based employees, including the Plaintiffs to this action.

5. Plaintiff Shayley Dumpert was employed by Lush as Floor Leader in Boulder, Colorado from July 1, 2021 to November 21, 2021. As of 2021, she earned approximately $33,400 per year ($17.85 per hour, 36 hour average per week).

6. Plaintiff Victoria Shellady was employed by Lush as Store Manager in Boulder, Colorado from July 12, 2021 to November 19, 2021. As of 2021, she earned approximately $59,000 per year.

7. Plaintiff Eva Spiegel was employed by Lush as Floor Leader in Boulder, Colorado from June 4, 2021 to November 21, 2021. As of 2021, she earned approximately $33,400 per year ($17.85 per hour, 36 hour average per week).

8. Plaintiff Whitney Sheriff was employed by Lush as Floor Leader in Boulder, Colorado from June 4, 2021 to November 21, 2021 As of 2021, she earned approximately $33,400 per year ($17.85 per hour, 36 hour average per week).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of May 2023, in East Lansing, Michigan.

_____
Jessica Kauppi