**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case No.

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

    vs.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE Melissa L. Cizmorris enters her appearance on behalf of defendant Lush Cosmetics, LLC dba Lush Handmade Cosmetics in the above-referenced matter and requests all notices given or required to be given and all papers served or filed in connection with the matter be served upon her at the following address, email, telephone and facsimile:

Melissa L. Cizmorris
**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: melissa.cizmorris@akerman.com

70463184;1

Respectfully submitted on May 12, 2023.

               */s/ Melissa L. Cizmorris*
               Melissa L. Cizmorris
               **AKERMAN LLP**
               1900 Sixteenth Street, Suite 950
               Denver, Colorado 80202
               Telephone: (303) 260-7712
               Facsimile: (303) 260-7714
               Email: melissa.cizmorris@akerman.com

## CERTIFICATE OF SERVICE

I certify on May 12, 2023, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed electronically via CM/ECF and served via U.S. Mail on the following:

Azra Taslimi
Siddhartha Rathod
Rathod Mohamedbhai LLC
2701 Lawrence Steet, Suite 100
Denver, Colorado 80205

*Attorneys for plaintiffs Shayley Dumpert,*
*Victoria Shellady, Eva Spiegel, and Whitney Sheriff*

                                          */s/ Joanna A. Seiner*
                                          Joanna A. Seiner

70463184;1