# EXHIBIT 2

| | |
|---|---|
| District Court, Boulder County<br>1777 6th Street Boulder, CO 80302 | ▲ COURT USE ONLY ▲ |
| Plaintiff(s) / Petitioner(s): **Shayley Dumpert, Victoria Shellady, Eva Spiegel, Whitney Sheriff**<br><br>v.<br><br>Defendant(s) / Respondent(s): **Lush Cosmetics, LLC. d/b/a Lush Handmade Cosmetics** | DATE FILED: April 12, 2023 3:42 PM<br>FILING ID: 5D2C83A91D767<br>CASE NUMBER: 2023CV30250<br><br>Case No.: 2023CV30250 |
| **AFFIDAVIT OF SERVICE** | |

I, Tricia Otto, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Lush Cosmetics, LLC d/b/a Lush Handmade Cosmetics in Arapahoe County, CO on April 12, 2023 at 1:26 pm at 1900 W Littleton Blvd, Littleton, CO 80120 by leaving the following documents with Cole Stender who as Clerk at Corporation Service Company is authorized by appointment or by law to receive service of process for Lush Cosmetics, LLC d/b/a Lush Handmade Cosmetics .

Complaint and Jury Demand
Summons - Lush Cosmetics, LLC.

Additional Description:
Served

White Male, est. age 28, glasses: N, Brown hair, 160 lbs to 180 lbs, 6' to 6' 3".
Geolocation of Serve: https://google.com/maps?q=39.6130371094,-105.0103451815
Photograph: See Exhibit 1

I DECLARE, UNDER OATH AND UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE STATE OF COLORADO, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in __Arapahoe County__, __CO__ on __4/12/2023__.

/s/ *Tricia Otto*
Signature
Tricia Otto
(303) 325-6734

# Exhibit 1

Exhibit 1a)



# Exhibit 1

Exhibit 1a)

