UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Case No. 1:23-cv-01206-REB

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

vs.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

## LUSH COSMETICS, LLC'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant Lush Cosmetics, LLC states it is a wholly owned subsidiary of Lush Handmade Cosmetics, Inc.  No publicly-held corporation owns 10% or more of Lush Cosmetics, LLC's stock.

Pursuant to Federal Rule of Civil Procedure 7.1(b), Lush Cosmetics, LLC states it is a Delaware citizen for diversity purposes.

Respectfully submitted on May 30, 2023.

                                       */s/ Melissa L. Cizmorris*
                                       Melissa L. Cizmorris
                                       **AKERMAN LLP**
                                       1900 Sixteenth Street, Suite 950
                                       Denver, Colorado 80202
                                       Telephone: (303) 260-7712
                                       Facsimile: (303) 260-7714
                                       Email: melissa.cizmorris@akerman.com

                                       and

Caroline Powell Donelan *(Admission forthcoming)*
**Blank Rome LLP**
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email: caroline.donelan@blankrome.com

*Attorneys for Defendant Lush Cosmetics, LLC*

## CERTIFICATE OF SERVICE

I certify on May 30, 2023, a true and correct copy of the foregoing **LUSH COSMETICS, LLC'S DISCLOSURE STATEMENT** was filed electronically via CM/ECF and served via U.S. Mail on the following:

Azra Taslimi
Siddhartha Rathod
Rathod Mohamedbhai LLC
2701 Lawrence Steet, Suite 100
Denver, Colorado 80205

*Attorneys for plaintiffs Shayley Dumpert,
Victoria Shellady, Eva Spiegel, and Whitney Sheriff*

/s/ Joanna A. Seiner
Joanna A. Seiner

70481447;1