**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23 -cv- 01206 - RBR

SHAYLEY DUMPERT, et al. ,

    Plaintiff(s),

v.

LUSH COSMETICS, LLC, etc., et al. ,

    Defendant(s).

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

☐ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

☑ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| | |
|---|---|
| Melissa L. Cizmorris | Lush Cosmetics, LLC |
| Printed name | Party represented |
| /s/ Melissa L. Cizmorris | July 19, 2023 |
| Signature | Date |
| | |
| Azra Taslimi | Plaintiffs |
| Printed name | Party represented |
| /s/ Azra Taslimi | July 19, 2023 |
| Signature | Date |
| | |
| _____ | _____ |
| Printed name | Party represented |
| _____ | _____ |
| Signature | Date |

**NOTE:** You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

**CERTIFICATE OF SERVICE**

I certify on July 19, 2023, a true and correct copy of the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** was filed electronically via CM/ECF and served via U.S. Mail on the following:

Azra Taslimi
Siddhartha Rathod
Rathod Mohamedbhai LLC
2701 Lawrence Steet, Suite 100
Denver, Colorado 80205

*Attorneys for plaintiffs Shayley Dumpert,
Victoria Shellady, Eva Spiegel, and Whitney Sheriff*

/s/ Joanna A. Seiner
Joanna A. Seiner