# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Case No. 1:23-cv-01206-NYW-NRN

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

vs.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

## LUSH COSMETICS, LLC'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL DISCLOSURE STATEMENT (FRCP Rule 7.1)

    Defendant Lush Cosmetics, LLC ("Defendant") hereby moves for a brief enlargement of time to file its Supplemental Disclosure Statement.

    Defendant removed this case pursuant to 28 U.S.C. § 1332(a). Under Rule 7.1 of the Federal Rules of Civil Procedure, "[i]n an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party... must, unless the court orders otherwise, file a disclosure statement" that "name[s] - and identif[ies] the

1

citizenship of - every individual or entity whose citizenship is attributed to that party or intervenor." Fed. R. Civ. P. 7.1(a)(2).

Defendant has identified Lush Handmade Cosmetics, LLC as its sole member.

On January 20, 2023, the Court entered an order setting July 27, 2023, as the deadline for Defendant to file a Supplemental Disclosure Statement identifying the state of citizenship of Lush Handmade Cosmetics, LLC. (ECF No. 15).

The corporate representatives necessary to verify the information requested by the Court are currently overseas. Defendant respectfully requests a one-week extension of time within which to file is Supplemental Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, up to and including August 3, 2023, in order to afford Defendant the opportunity to confirm the proper citizenship of Lush Handmade Cosmetics, LLC. This is Defendant's first request for an extension of time, and a one-week extension will not prejudice any party in this case, particularly in light of the importance of confirming the proper jurisdiction of this Court.

WHEREFORE, Defendant respectfully requests an extension of time to Thursday, August 3, 2023, to file its Supplemental Disclosure Statement.

Respectfully submitted July 27, 2023.

/s/ *Melissa L. Cizmorris*
Melissa L. Cizmorris
**AKERMAN LLP**
1900 Sixteenth Street, Suite 950
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714
Email: melissa.cizmorris@akerman.com

# CERTIFICATE OF SERVICE

I certify on this 27th day of July 2023, a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL DISCLOSURE STATEMENT** was filed and served electronically via CM/ECF and served via U.S. Mail on the following:

Azra Taslimi
Siddhartha Rathod
RATHOD MOHAMEDBHAI LLC
2701 Lawrence Steet, Suite 100
Denver, Colorado 80205
at@rmlawyers.com
sr@rmlawyers.com

*Attorneys for Plaintiffs Shayley Dumpert, Victoria Shellady, Eva Spiegel, and Whitney Sheriff*

Caroline Donelan
Leslie Horwitz
Blank Rome LLP
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Phone: 424.239.3476
caroline.donelan@blankrome.com
leslie.horwitz@blankrome.com

*Co-Defense Counsel for Defendant Lush Cosmetics, LLC*

                                                   */s/ Joanna A. Seiner*
                                                   Joanna A. Seiner