**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Case No.  1:23-cv-01206-NYW-NRN

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

    vs.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

---

**[PROPOSED] ORDER APPROVING LUSH COSMETICS, LLC'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL DISCLOSURE STATEMENT**

---

    AND NOW, this _____ day of July 2023, upon consideration of

Defendant's Motion for MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL DISCLOSURE STATEMENT, IT IS HEREBY ORDERED THAT the Motion is GRANTED.

    The deadline for Defendant to file its Supplemental Disclosure Statement is extended until Thursday, **August 3, 2023**

                                    _____
                                    The Honorable Nina Y. Wang
                                    United States Magistrate Judge

71947663;1