IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 23-cv-01206-NYW-NRN | Date:  August 2, 2023 |
| Courtroom Deputy:  Román Villa | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| SHAYLEY DUMPERT, VICTORIA SHELLADY, EVA SPIEGEL, WHITNEY SHERIFF, | Azra Taslimi |
| Plaintiffs, | |
| v. | |
| LUSH COSMETICS, LLC dba LUSH HANDMADE COSMETICS, a foreign corporation, | Melissa Cizmorris |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**10:59 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before August 16, 2023.

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Stipulated Motion for Protective Order and proposed Protective Order **within the next 10 days.**

Joinder of Parties/Amendment to Pleadings: October 2, 2023

Discovery Cut-off: April 5, 2024

Dispositive Motions Deadline: May 3, 2024

Each side shall be limited to 10 depositions, excluding experts.

As to the length of the depositions, Plaintiff is entitled to 7 hours for any 30(b)(6) deposition and 2 other depositions, all other fact depositions are limited to 4 hours. Defendant is entitled to 7 hours with the four Plaintiff's, all other fact depositions are limited to 4 hours. For retained experts, depositions shall not exceed 7 hours.

Each side shall be limited to 35 interrogatories, 35 requests for production, and 35 requests for admission, to be allocated as the parties see fit.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery.

Each side shall be limited to 2 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: February 9, 2024
Disclosure of Rebuttal Experts: March 8, 2024
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Telephonic Status Conference** is set for **February 7, 2024 at 10:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line (888) 398-2342, Access Code 5755390# to participate.**

**Final Pretrial Conference:** Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference date after the dispositive motions deadline has passed and the Court has issued rulings on all such motions. Within seven (7) days of the dispositive motion deadline, i<u>f no such motions are filed</u>, the Parties shall file a joint motion to set a Telephonic Status Conference at which Judge Wang will set a Final Pretrial Conference/Trial Preparation Conference and date for trial.

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

2

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:26 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.