IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01206-NRN

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

v.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

## PLAINTIFFS' DISCLOSURE OF CITIZENSHIP

Pursuant to Fed. R. Civ. P. 7.1(a)(2), Plaintiffs Eva Spiegel and Whitney Sheriff represent that they are citizens of the State of Colorado. Plaintiffs Shayley Dumpert and Victoria Shellady represent that they were citizens of the State of Colorado at the time of the events outlined in the complaint.

Dated this 16th day, August 2023.

                                        *s/ Azra Taslimi*
                                        Azra Taslimi
                                        Siddhartha Rathod
                                        RATHOD | MOHAMEDBHAI LLC
                                        2701 Lawrence Street, Suite 100
                                        Denver, CO 80205
                                        (303) 578-4400
                                        at@rmlawyers.com
                                        sr@rmlawyers.com