IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01206-NRN

SHAYLEY DUMPERT, VICTORIA SHELLADY,
EVA SPIEGEL, WHITNEY SHERIFF,

    Plaintiffs,

v.

LUSH COSMETICS, LLC dba LUSH HANDMADE
COSMETICS, a foreign corporation,

    Defendant.

## PLAINTIFFS' SUPPLEMENTAL DISCLOSURE OF CITIZENSHIP

Pursuant to Fed. R. Civ. P. 7.1(a)(2), and the Court's August 17, 2023 Order Plaintiffs Shayley Dumpert, Victoria Shellady, Eva Spiegel, and Whitney Sheriff represent that they were citizens of the State of Colorado at the time of the filing of this action in state court.

Dated this 18th day, August 2023.

    *s/ Azra Taslimi*
    Azra Taslimi
    Siddhartha Rathod
    RATHOD | MOHAMEDBHAI LLC
    2701 Lawrence Street, Suite 100
    Denver, CO 80205
    (303) 578-4400
    at@rmlawyers.com
    sr@rmlawyers.com